IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _AC_ D.C.

05 AUG 15 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NONA GRADDY,

      Appellant,

v.                                                              No. 05-2575-B/V

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION,

      Appellee.

---

### ORDER OF REFERENCE

---

This social security appeal is referred to the United States Magistrate Judge for a report and recommendation. Any exceptions to the magistrate judge's report shall be made in writing within ten (10) days after service of the report, setting forth particularly those portions of the report excepted to and the reasons for the exceptions. See 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED** this 15th day of August, 2005.

                                        J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT