IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NONA GRADDY,

    Appellant,

v.                                                                       No. 05-2575-B/V

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION,

    Appellee.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Anthony W. Bartels has moved to appear pro hac vice for plaintiff in this action. Mr. Bartels is licensed to practice law in the State of Arkansas and is a member in good standing of the United States District Courts in Arkansas, Michigan and Texas. For good cause shown, that motion is granted. It is hereby ordered that Anthony W. Bartels be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

August 18, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT