If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Wayne Allen - Friend - $1200.00 a month

FILED BY _____ D.C.

05 OCT 19 AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-6-05__     _Nona P. Graddy_
               (Date)               Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ~~[scribbled out]~~ in account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

The application is hereby denied

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

_____       _____
United States Judge      Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_Diane K. Vescovo_       October 18, 2005
United States Judge       Date
or Magistrate

AO 240 (Rev. 6/86) Application to...

# United States District Court

WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C
2005 AUG 10 PM 4:44

NONA GRADDY

v.

JO ANNE B. BARNHART
COMMISSIONER OF SSA

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CASE NUMBER: 05-2575-B V

I, **Nona P. Graddy**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff     ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    
    **October 1993   $527.00**

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment      Yes ☐  No ☒
    b. Rent payments, interest or dividends?                        Yes ☐  No ☒
    c. Pensions, annuities or life insurance payments?              Yes ☐  No ☒
    d. Gifts or inheritances?                                       Yes ☐  No ☒
    e. Any other sources?                                           Yes ☒  No ☐

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT