UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

NONA GRADDY,

    Plaintiff,

v.                                                                                    Civil No. 05-2575

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### ORDER ALLOWING ADDITIONAL TIME TO FILE ANSWER

---

The defendant's motion for additional time to file an answerf is granted. The Commissioner shall file a brief by November 21, 2005.

_____
Judge, United States District Court

Date: 10/24/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT