UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NONA GRADDY,

    Plaintiff,

v.                                Civil No. 05-2575 B/V

JO ANNE BARNHART,
Commissioner of Social Security

    Defendant.

---

### ORDER FOR SENTENCE SIX REMAND

---

Defendant has moved the Court to remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for the reasons set forth in the memorandum.

Therefore, remand under sentence six of 42 U.S.C. § 405(g) is appropriate on motion of the Commissioner for good cause shown.

SO ORDERED this the 21st day of November, 2005.

                                                _____
                                                Judge, United States District Court

                                                Date: 11/21/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05



CONSENTED TO AND APPROVED BY:

*Anthony Bartels*
Mr. Anthony Bartels          By JAD
316 S. Church Street         By Consent
Jonesboro, Arkansas 72403

Attorney for Plaintiff


LAWRENCE J. LAURENZI
Acting United States Attorney

By *Joe Dycus*
Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT