UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 30 AM 11: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NONA GRADY,
        Plaintiff,

v.

JO ANNE BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO: 2:05cv2575-B

## ORDER WITHDRAWING JUDGMENT

IT IS SO ORDERED that the Judgment pursuant to the Order For Sentence Six Remand entered on November 21, 2005, is hereby withdrawn.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/30/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02575 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Anthony W. Bartels
BARTELS LAW FIRM
316 South Church
Jonesboro, AR 72401

Honorable J. Breen
US DISTRICT COURT